◼ In the Matter of KEVIN A.B., JR., a Child Alleged to be Neglected. LEWIS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DEASIA R., Appellant. [38 NYS3d 458]—Appeal from an order of the Family Court, Lewis County (Daniel R. King, J.), entered October 15, 2014 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Lindley, Curran, Troutman and Scudder, JJ.

◼ In the Matter of CARTER W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; VICTORIA W. et al., Respondent. (Appeal No. 1.) [38 NYS3d 459]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered January 16, 2015 in a proceeding pursuant to Family Court Act article 10. The order granted respondent James D. supervised visitation with the subject child.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 17 and 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Curran, Troutman and Scudder, JJ.